UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARSHALL SHADDIX,

    Plaintiff,

v.                          Case No. 3:16cv168-MCR-CJK

DANA BLOUNT, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On September 8, 2016, the court ordered plaintiff to file either a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 12). Plaintiff failed to file the amended complaint within the allotted time. On October 13, 2016, the court directed plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or comply with an order of the court. (Doc. 15). Plaintiff did not file a response to the October 13 show cause order.

The court entered a second show cause order on November 1, 2016. (Doc. 16). Because the statute of limitations applicable to this *Bivens* action is 4 years and plaintiff's allegations concerned events that occurred in 2011 and 2012, the court noted the dismissal of this action based on plaintiff's failure to prosecute and/or comply with an order of the court may serve as a dismissal with prejudice. The

court, therefore, provided plaintiff with an additional 14 days to show cause why this case should not be dismissed.  To date, however, plaintiff has not submitted the amended complaint or responded to the court's show cause orders.

Accordingly, it is respectfully RECOMMENDED:

1.     That this case be DISMISSED due to plaintiff's failure to prosecute and/or comply with an order of the court.

2.     That the clerk be directed to close the file.

At Pensacola, Florida, this 16th day of November, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.